

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD BEIERLE,<br><br>    Plaintiff,<br><br>vs.<br><br>MURALT, Walter R., MURALT'S INC., d/b/a MURALT'S TRAVEL PLAZA, and WHEAT HOLDINGS, LLC, d/b/a WHEAT MONTANA BAKERY & DELI,<br><br>    Defendants. | CV 19–132–M–DLC<br><br>ORDER |

Before the Court is Plaintiff's Motion for *Pro Hac Vice* Admission of Joe M. Quick (Doc. 3). After review, the Court finds that Quick has failed to submit an affidavit that fully complies with this Court's Local Rule 83.1(d). Consequently,

IT IS ORDERED that Plaintiff's Motion (Doc. 3) is DENIED WITHOUT PREJUDICE.

DATED this 22nd day of August, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-