M. WILLIAM JUDNICH
Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 215-2340
(406) 721-3783   fax
mj@enabledlawgroup.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD BEIERLE,<br><br>     Plaintiff,<br><br>  - vs-<br><br>MURALTS, MULALTS, INC.,  and WHEAT HOLDINGS, LLC<br><br>     Defendants. | Cause No. CV-19-132-M-DLC<br><br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUICE** |

COME NOW the Plaintiff, CHAD BEIERLE, and Defendants, WALTER R. MURALT, MURALT'S, INC., d/b/a MURALT'S TRAVEL PLAZA, and WHEAT HOLDINGS, LLC, d/b/a WHEAT MONTANA BAKERY & DELI, (hereinafter the "Parties"), hereby stipulate that settlement has been reached (1) Plaintiff voluntarily dismisses this action with prejudice against Defendants; and (2) the Parties shall bear their own costs and fees.

DATED this 11th day of September 2019.

- 2 -

| | | |
|---|---|---|
| 1 | By: */s/ M. William Judnich* | By: */s/ Cory R. Laird* |
| 2 | M.William Judnich | Cory R. Laird |
| 3 | Attorney for Plaintiff | Attorney for Defendants |