IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

SEP 16 2019

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| CHAD BEIERLE,<br><br>Plaintiff,<br><br>vs.<br><br>MURALT, Walter R., MURALT'S INC., d/b/a MURALT'S TRAVEL PLAZA, and WHEAT HOLDINGS, LLC, d/b/a WHEAT MONTANA BAKERY & DELI,<br><br>Defendants. | CV 19–132–M–DLC<br><br>ORDER |

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal with Prejudice. (Doc. 10.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

DATED this 16th day of September, 2019.

*/s/ Dana L. Christensen*

Dana L. Christensen, Chief Judge
United States District Court

-1-